Exhibit 2

*United States ex rel. Cimma v. Sikorsky Support Services, Inc., et al., No. 14-cv-1381*

| Invoice Number | Invoice Date | Amount Derco Billed |
|---|---|---|
| T34/T44-04/29/2011 | 4/29/2011 | $ 442,921.13 |
| T34/T44-05/19/2011 | 5/19/2011 | $ 994,269.51 |
| T34/T44-05/31/2011 | 5/31/2011 | $ 718,679.16 |
| T34/T44-06/16/2011 | 6/16/2011 | $ 1,297,554.72 |
| T34/T44-06/30/2011 | 6/30/2011 | $ 1,053,345.28 |
| T34/T44-07/20/2011 | 7/20/2011 | $ 1,295,213.01 |
| T34/T44-07/29/2011 #3 | 7/29/2011 | $ 1,513,142.96 |
| T34/T44-08/16/2011 | 8/16/2011 | $ 1,407,863.30 |
| T34/T44-09/16/2011 | 9/16/2011 | $ 1,565,615.55 |
| T34/T44-09/29/2011 #3 | 9/29/2011 | $ 1,027,773.99 |
| T34/T44-10/14/2011 | 10/14/2011 | $ 1,254,713.47 |
| T34/T44-10/30/2011 #3 | 10/30/2011 | $ 848,332.15 |
| T34/T44-11/14/2011 | 11/14/2011 | $ 1,281,671.87 |
| T34/T44-11/29/2011 #2 | 11/29/2011 | $ 819,935.77 |
| T34/T44-12/14/2011 | 12/14/2011 | $ 810,864.86 |
| T34/T44-12/21/2011 #1 | 12/21/2011 | $ 412,014.69 |
| T34/T44-12/27/2011 #4 | 12/27/2011 | $ 452,270.25 |
| T34/T44-01/17/2012 #1 | 1/17/2012 | $ 988,023.05 |
| T34/T44-01/27/2012 #2 | 1/27/2012 | $ 693,171.47 |
| T34/T44-02/13/2012 #1 | 2/13/2012 | $ 798,584.69 |
| T34/T44-02/27/2012 #2 | 2/27/2012 | $ 655,233.64 |
| T34/T44-03/15/2012 #1 | 3/15/2012 | $ 1,006,489.56 |
| T34/T44-03/28/2012 #2 | 3/28/2012 | $ 824,892.13 |
| T34/T44-04/18/2012 #1 | 4/18/2012 | $ 765,767.42 |
| T34/T44-04/26/2012 #2 | 4/26/2012 | $ 688,460.57 |
| T34/T44-05/15/2012 #1 | 5/15/2012 | $ 777,616.01 |
| T34/T44-05/29/2012 #2 | 5/29/2012 | $ 815,539.08 |
| T34/T44-06/14/2012 #1 | 6/15/2012 | $ 849,109.06 |
| T34/T44-06/26/2012 #2 | 6/27/2012 | $ 731,908.10 |
| T34/T44-06/26/2012 #3 | 6/27/2012 | $ 65,139.95 |